# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3853
_____

MARSHA N. HONDA,

    Appellant,

    v.

THE SALVATION ARMY, A
Religious Corporation; SIOBHAN
MOORE, Managing Employee of
The Salvation Army; DOES 1-
20, inclusive,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

April 6, 2018

PER CURIAM.

    AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marsha N. Honda, pro se, for Appellant.

Steven J. Baker, Pensacola, for Appellees.